CHURCH & DWIGHT CO., INC.,
Plaintiff–Cross Appellant,

v.

ABBOTT LABORATORIES,
Defendant–Appellant.

Nos. 2009–1285, 2009–1490.

United States Court of Appeals,
Federal Circuit.

Oct. 20, 2009.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).